IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD GRAHAM, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 10-3508 |
| | : | |
| MICHAEL J. ASTRUE, COMMISSIONER | : | |
| OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 28th day of February 2011, upon consideration of Plaintiff's Motion for Summary Judgment and Brief and Statement of Issues In Support of Request For Review (Doc. No. 8), Defendant's Motion to Remand (Doc. No. 11), and after a review of the Report and Recommendation filed by United States Magistrate Judge Elizabeth T. Hey (Doc. No. 13), it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 14) is **APPROVED** and **ADOPTED**.

2. Defendant's unopposed Motion to Remand is **GRANTED**, Plaintiff's Motion for Summary Judgment is **DENIED** as moot, and the matter is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with United States Magistrate Judge Elizabeth T. Hey's Report and Recommendation (Doc. No. 13).

The Court will enter a separate Order consistent with the proposed Judgment Order that accompanies Defendant's Motion to Remand (Doc. No. 11).

BY THE COURT:


 /s/ Joel H. Slomsky, J.
 JOEL H. SLOMSKY, J.